JOHNSON, Respondent, v. BRANNON, Appellant.

(178 N. W. 945.)

(File No. 4711.   Opinion filed August 25, 1920.)

**Appeals—Non-assignments of Error, No Review—Non-meritorious Appeal.**

There being no assignments of error, there is nothing to review on appeal (Supreme Court Rule 4.)   However, had there been assignments of error, this appeal from a judgment for plaintiff for damages, (trial court having ordered new trial unless plaintiff consented to a specified reduction from the judgment, which was done)—is without merit.

Whiting, J., not sitting.

Appeal from Circuit Court, Roberts County.   HON. FRANK ANDERSON, Judge.

Action by Noble Johnson, against J. H. Brannon, to recover damages for burning at defendant's behest certain millet.   From a judgment for plaintiff, and from an order granting a new trial, defendant appeals.   Affirmed.

*C. R. Jorgenson,* for Appellant.

*J. W. Barrington,* for Respondent.

GATES, J.   In this action plaintiff claimed to recover for the burning, at defendant's behest, of several acres of millet which had been cut and was lying on defendant's ground.   The jury awarded plaintiff $420.   The court ordered that a new trial be granted unless the plaintiff should consent to a reduction to $270, which was done.   Defendant appeals.

There are no assignments of error, consequently there is nothing for us to review.   Supreme Court rule 4 (170 N. W. vii).   But if there had been assignments of error there would still be no merit in the appeal.

The judgment and order appealed from are affirmed.

WHITING, J., not sitting.